## Cumberland County *v.* Lemoyne Trust Company, Appellant.

Argued January 7, 1935.   Before Frazer, C. J., Simpson, Schaffer, Maxey, Drew and Linn, JJ.

94

*E. M. Biddle, Jr.,* with him *John E. Myers,* for appellant.

*L. Floyd Hess,* with him *Caleb S. Brinton,* County Solicitor, for appellee.

*John Y. Scott,* Deputy Attorney General, with him *Charles J. Margiotti,* Attorney General, for Commonwealth of Pennsylvania.

PER CURIAM, March 25, 1935:

A thorough examination of the record in this case convinces us that all questions raised for our consideration have been fully considered and correctly disposed of in the opinion of President Judge REESE. Nothing further need be added to what the learned trial judge has so well said.

Judgment affirmed at appellant's costs.